IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

GAIL M. THOMAS,

    Plaintiff,

vs.                                         No. 2:19-cv-02272-SHL-dkv

MID SOUTH COMMUNICATION FOUNDATION,

    Defendant.

---

ORDER TO SHOW CAUSE

---

On April 30, 2019, the plaintiff, Gail Thomas ("Thomas"), filed a *pro se* complaint on the court-supplied form for violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e through 2000e-17. (Compl., ECF No. 1.) Thomas paid the civil filing fee on the same day. (ECF No. 2.) The case has been referred to the United States Magistrate Judge for management and for all pretrial matters for determination and/or report and recommendation as appropriate. (Admin. Order 2013-05, Apr. 29, 2013.)

The burden is upon the plaintiff to prosecute her case. It appears to the court that plaintiff has not done so. Thomas has failed to serve the defendant within 90 days after filing her complaint as required by Rule 4(m) of the Federal Rules of Civil Procedure, and more than 90 days have elapsed since the filing of

1

the complaint.

Accordingly, the plaintiff is ordered to show cause within fourteen (14) days of the date of this order why this case should not be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure for failure to serve the summons and complaint within 90 days of the filing of the complaint.  Failure to respond to this show cause order may result in dismissal of the action without further notice from the court.

IT IS SO ORDERED this 1st day of August, 2019.

                                         s/Diane K. Vescovo
                                         DIANE K. VESCOVO
                                         CHIEF UNITED STATES MAGISTRATE JUDGE